UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. STEELE, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTINE ROSSKOPF et al., <br><br> Defendants. | Case No. 2:24-cv-09066-SB-MAA <br><br> ORDER OF DISMISSAL FOR LACK OF PROSECUTION |

      As noted in the Court's orders entered December 3 and December 20, 2024, Plaintiff Michael Steele—a licensed attorney proceeding pro se in this matter—has not complied with his obligation under Local Rule 41-6 to keep the Court informed of his current address, resulting in numerous filings being returned to the Court as undeliverable. "If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute." L.R. 41-6. The Court on December 3 gave Plaintiff another chance, ordering him to update his mailing address no later than December 13 and cautioning that "[f]ailure to comply will result in dismissal of this case without prejudice for lack of prosecution." Dkt. No. 11.

      Even though he did not comply, the Court gave him yet another chance on December 20 because Defendants had appeared. Dkt. No. 15. But as the Court explained, "Plaintiff is not relieved of his obligation to update his address so that he will receive and respond to the Court's orders." *Id*. at 1–2. The Court therefore gave Plaintiff "one final opportunity . . . to update his address, which he must do by January 3, 2025," and cautioned that "[f]ailure to comply will result in the dismissal of this case for lack of prosecution and under Local Rule 41-6." *Id*. at 2.

1

      The extended January 3 deadline has now passed, and Plaintiff still has not complied with the Court's repeated orders to provide a valid address as required by Local Rule 41-6.  Accordingly, consistent with the Court's repeated warnings, this case is dismissed without prejudice for lack of prosecution and under Local Rule 41-6, and the January 31 mandatory scheduling conference is vacated.

      A final judgment will be entered separately.

Date: January 9, 2025

                                                  Stanley Blumenfeld, Jr.
                                                  United States District Judge