JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. STEELE,<br><br>     Plaintiff,<br><br>v.<br><br>CHRISTINE ROSSKOPF et al.,<br><br>     Defendants. | Case No. 2:24-cv-09066-SB-MAA<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order of dismissal entered this day, this action is dismissed without prejudice for lack of prosecution.

    This is a final judgment.

Date: January 9, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1